**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-07-509 |
| | § | |
| | § | |
| DELIS YUVINE REYES | § | |
| WILLIAM REYES-MATAMOROS | § | |

**O R D E R**

Defendant Reyes filed an unopposed motion for continuance, (Docket Entry

No. 30).   The codefendent and the government are unopposed to the continuance. The court

finds that the interests of justice are served by  granting  this continuance and that those

interests outweigh the interests of the public and the defendants in a speedy trial. The  motion

for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions to be filed by: | **March 21, 2008** |
| Responses to be filed by: | **April 4, 2008** |
| Pretrial conference is reset to**:** | **April 14, 2008, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **April 21, 2008, at 9:00 a.m.** |

SIGNED on January 25, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge